FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JAN - 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAPHNE M. TREJO, <br> Plaintiff, <br> vs. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br> Defendant. | Case No. CV 98-5662 RNB <br><br> ORDER |

In accordance with the Ninth Circuit mandate, IT IS HEREBY ORDERED that the Commissioner pay to plaintiff's counsel from plaintiff's withheld past-due benefits the sum of $20,800.00 (which represents the gross amount of $24,000.00 sought by plaintiff's counsel motion less the $3,200.00 in EAJA fees already paid), less any § 406(b) fees already paid from plaintiff's withheld past-due benefits pursuant to the Court's original Order, and that the Commissioner release the balance of the withheld past-due benefits to plaintiff.

DATED: 1/6/10

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE